Patience Milrod
844 N. Van Ness Avenue
Fresno, California 93728
559/442-3111

Attorney for FOOSIYA GASS

# IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FOOSIYA GASS, *et al.*, ) <br> ) <br> Defendants. ) | Case No. 09-cr-00057-OWW <br><br> **DEFENDANT FOOSIYA GASS'S WAIVER OF PERSONAL PRESENCE and ORDER** |

Defendant FOOSIYA GASS hereby waives her right to be present in person at the hearing of any motion or other proceeding in this case, including trial confirmation, hearings on non-dispositive motions, the ordering of a continuance, or any other action taken by the Court before trial, except upon arraignment and plea, hearings on dispositive motions, trial setting, impaneling of a jury and imposition of sentence. Defendant hereby requests that the Court proceed during her every absence which the Court may permit pursuant to this waiver, and she further agrees that her interests will

*Defendant Foosiya Gass's waiver of personal presence* 1

be deemed protected and represented at all times by the presence of her attorney, PATIENCE MILROD, to the same extent as if defendant were personally present.

Defendant further agrees to be present in court and ready for trial at any date and time which the Court may fix in her absence.

Dated: March 26, 2009

                                                /s/ Foosiya Gass
                                                FOOSIYA GASS
                                                Defendant

Dated: March 30, 2009

                                                /s/ Patience Milrod
                                                PATIENCE MILROD
                                                Attorney for defendant
                                                FOOSIYA GASS

Dated: March 27, 2009            SO ORDERED.

                                              /s/ OLIVER W. WANGER
                                              HON. OLIVER W. WANGER
                                              United States District Judge