Patience Milrod
844 N. Van Ness Avenue
Fresno, California 93728
559/442-3111

Attorney for FOOSIYA GASS

# IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:09-cr-00057-OWW |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION TO CONTINUE TRIAL CONFIRMATION AND IN LIMINE MOTIONS AS TO DEFENDANT FOOSIYA GASS, and ORDER** |
| vs. | ) ) ) ) | |
| FOOSIYA GASS, *et al.*, | ) ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, LAUREL MONTOYA, Assistant United States Attorney for Plaintiff, and PATIENCE MILROD, Attorney for defendant Foosiya Gass, that the trial confirmation and hearing on motions in limine currently set for April 21, 2010 at 12:00 p.m., be continued to April 23, 2010, at 12:00 p.m.

The parties are pursuing settlement of this case. This additional time is needed to allow defense counsel, PATIENCE MILROD, to meet with defendant FOOSIYA

1

GASS to review the terms of the settlement proposal.

Dated: April 15, 2010

/s/ Patience Milrod
PATIENCE MILROD
Attorney for defendant
FOOSIYA GASS

Dated: April 15, 2010

/s/ Laurel Montoya
LAUREL MONTOYA
Assistant U.S. Attorney

## ORDER ON STIPULATION

Having received and reviewed the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that that the hearing presently set for April 21, 2010 at 12:00 p.m., be continued to April 23, 2010 at 12:00 p.m.

IT IS SO ORDERED.

Dated: **April 15, 2010**    /s/ **Oliver W. Wanger**

UNITED STATES DISTRICT JUDGE

2