STEPHEN P. NARATIL
California Bar No.: 174825
Law Offices of Stephen P. Naratil
601 1st Street, Suite 250B
Benicia, California 94510
Telephone (707) 747-6666
Facsimile (707) 747-6610

Attorney for Defendant
FOOSIYA MOHAMMED GASS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> FOOSIYA MOHAMMED GASS, <br><br> Defendant. | Case No.: 1:09-cr-00057-OWW <br><br> **ORDER** |

IT IS HEREBY ORDERED THAT:

Stephen P. Naratil is the new counsel of record for Foosiya Mohammed Gass, and that Eric Fogderude is relieved as her counsel of record.

IT IS SO ORDERED.

Dated: **July 29, 2010**          /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE

ORDER-1